UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSEPH OLIVERA, an individual, and JACQUELINE JULTY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., a Delaware Corporation; AMERICAN BROKERS CONDUIT, a Delaware Limited Liability Company; CAL COAST FINANCIAL CORPORATION; a California Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No: C 09-3616 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiffs, Joseph Olivera and Jacqueline Julty, allege that they were defrauded by various defendants, including American Home Mortgage Servicing, Inc. (AHMSI), in connection with the refinancing of their home. On January 22, 2010, the Court dismissed the complaint with leave to amend certain claims. Plaintiffs filed an amended complaint on February 4, 2010.

On February 11, 2010, AHMSI filed a separate Case Management Conference statement in anticipation of the conference set for February 17, 2010. Plaintiffs' input was not included in the statement due to Plaintiffs' counsel's illness. However, AHMSI notes in its statement that it intends to bring a motion to dismiss in response to the amended complaint. Given Plaintiffs' failure to join in the CMC statement filed by AHMSI, coupled with AHMSI's stated intention to file a motion to dismiss, the Court, in the interests of judicial efficiency, will set a briefing schedule

on the motion to dismiss and continue the CMC conference to coincide with the hearing on the motion. Accordingly,

IT IS HEREBY ORDERED THAT:

1. AHMSI shall file its motion to dismiss by no later than February 23, 2010.

2. Plaintiffs shall file their opposition to the motion to dismiss by March 9, 2010. Plaintiffs are warned that the failure to file a timely response may be deemed to be a consent to the granting of the motion to dismiss.

3. AHMSI shall file its reply by no later than March 16, 2010.

4. The hearing on the motion to dismiss will take place on **April 20, 2010 at 1:00 p.m.** in Courtroom 1, United States Courthouse, 1301 Clay St., Oakland, California 94612. The Court may resolve the motion without oral argument prior to or after the hearing date, pursuant to Federal Rule of Civil Procedure 78(b). The parties are advised the check the Court's website to determine whether an appearance on the motion is required.

5. The CMC currently scheduled for February 17, 2010 is CONTINUED to **April 20, 2010**, and shall immediately follow the hearing on the motion. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement. If the motion to dismiss is taken off calendar, the CMC will not proceed as scheduled and will be reset, if appropriate.

IT IS SO ORDERED.

Dated: February 16, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge