Stephen P. Collette (SB# 186439)
STEPHEN P. COLLETTE & ASSOCIATES
605 W. Olympic Blvd., Suite 900
Los Angeles, CA 90015
Telephone: (877) 636.5295
Facsimile: (323) 576.4575

Attorney for Plaintiffs JOSEPH OLIVER and JACQUELINE JULTY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH OLIVEIRA, an individual; and JACQUELINE JULTY, an individual; | CASE NO.: 09-3616 |
| | [*Assigned for all purposes to the Honorable Saundra B. Armstrong* ] |
| Plaintiffs, | |
| vs. | **ORDER RE JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| AMERICAN HOME MORTGAGE SERVICING, INC., a Delaware Corporation; AMERICAN BROKERS CONDUIT, a Delaware Limited Liability Company; CAL COAST FINANCIAL CORPORATION, a California Corporation and DOES 1 through 50, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

THIS MATTER comes before the Court upon the Joint Stipulation of

////

1
**[PROPOSED] ORDER RE JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Dismissal Without Prejudice in accordance with the parties' agreement:

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: _2/22/10                By:____*Saundra B Armstrong*____
                                     Honorable Judge
                                     Saundra B. Armstrong