Stephen P. Collette (SB# 186439)
STEPHEN P. COLLETTE & ASSOCIATES
605 W. Olympic Blvd., Suite 900
Los Angeles, CA 90015
Telephone: (877) 636.5295
Facsimile: (323) 576.4575

Attorney for Plaintiffs JOSEPH OLIVER and JACQUELINE JULTY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH OLIVEIRA, an individual; and JACQUELINE JULTY, an individual;<br><br>          Plaintiffs,<br><br>     vs.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., a Delaware Corporation; AMERICAN BROKERS CONDUIT, a Delaware Limited Liability Company; CAL COAST FINANCIAL CORPORATION, a California Corporation and DOES 1 through 50, inclusive,<br><br>          Defendants. | CASE NO.:  09-3616<br><br>[*Assigned for all purposes to the Honorable Saundra B. Armstrong* ]<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

THIS MATTER comes before the Court upon the Joint Stipulation of

////

1
**[PROPOSED] ORDER RE JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Dismissal Without Prejudice in accordance with the parties' agreement:

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: _2/22/10                    By:_____*Saundra B Armstrong*_____
                                                   Honorable Judge
                                                   Saundra B. Armstrong